UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OS WAR ADMIRAL, LLC AS OWNER AND TURN SERVICES AS OPERATOR OF THE M/V DIXIELAND HEAT | CIVIL ACTION<br><br>NO.  10-2735<br><br>SECTION "N" (2) |

## ORDER AND REASONS

Before the Court is the "Stipulation, Motion to Stay Proceedings and Motion to Lift Injunctions and Temporary Restraining Orders" (Rec. Doc. 27), filed by Claimant, Mark Isidore. This motion is opposed by War Admiral, LLC and Turn Services, LLC. (Rec. Doc. 28).  After considering the memoranda of the parties and the applicable law,

**IT IS ORDERED** that the **"Stipulation, Motion to Stay Proceedings and Motion to Lift Injunctions and Temporary Restraining Orders" (Rec. Doc. 27)** is **DENIED**, for substantially the same reasons as stated in the Opposition Memorandum. (See Rec. Doc. 28).

New Orleans, Louisiana, this 18th day of August 2011.

_____
**KURT D. ENGELHARDT**
**United States District Judge**